STANLEY KRYPKA, Respondent, *v.* NEW YORK DUGAN BROTHERS, INC., Appellant.

Argued June 6, 1945; decided July 19, 1945.

*George J. Stacy* and *Joseph Kane* for appellant.

*Moe Levine, Arthur N. Seiff* and *Elias M. Felig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.